**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 9:20-CV-80971-RAR**

LINDA PACE, individually, and on behalf of herself and other similarly situated current and former employees,

    Plaintiff,

v.

ACADIA HEALTHCARE COMPANY, INC., a Delaware Corporation, and BOWLING GREEN INN OF PENSACOLA, LLC a Virginia Limited Liability Company, together d/b/a Wellness Resource Center,

    Defendants.
_____/

## JOINT MOTION TO APPROVE SETTLEMENT AND DISMISS WITH PREJUDICE

Plaintiff Linda Pace and Defendants Acadia Healthcare Company, Inc. ("Acadia") and Bowling Green Inn of Pensacola, LLC ("Bowling Green"), by and through undersigned counsel, hereby file this Joint Motion to Approve Settlement. In support of this motion, the parties rely on their contemporaneously filed Memorandum of Law and further state as follows:

1. Plaintiff filed the instant action on behalf of herself and purportedly on behalf of others similarly situated alleging that Defendants violated the Fair Labor Standards Act, as amended, 29 U.S.C. § 201, *et seq.* ("FLSA"). No collective class has been conditionally certified, and no other purportedly similarly situated individuals have opted into the lawsuit.

2. To avoid the costs and the uncertainty of litigation, the parties have negotiated a resolution of this matter during a settlement conference on November 12, 2020, facilitated by Magistrate Judge Bruce Reinhart.

3. In the instant compromise and settlement, Defendants have agreed to pay Plaintiff an amount in consideration of Plaintiff's claims for wages and overtime allegedly due, although Defendants deny any failure to timely, lawfully and properly pay Plaintiff or any prospective Plaintiff any such sums. The parties agree that the amount to be paid is a fair and reasonable compromise of the Plaintiff's claims and Defendants' positions and defenses. The parties also agree that the portion of the settlement allocated to attorneys' fees is fair and reasonable relative to the settlement amount received by Plaintiff and in consideration of the fees incurred and the time and effort Plaintiff's counsel has spent on the case.[1] "Accordingly, the parties request that the Court approve the Settlement and Release Agreement a copy of which is attached hereto as Exhibit A.

4. As part of the settlement reached between the parties, Plaintiff has agreed to dismiss this action with prejudice upon approval by the Court of the contemporaneously submitted Settlement and Release Agreement. Accordingly, the parties request that this matter be dismissed with prejudice and that the Court enter the Agreed Order of Dismissal attached to this Motion.

WHEREFORE, the undersigned counsel respectfully request that this Court enter an Order approving the Settlement and Release Agreement and dismissing the claims made by Plaintiff against Defendant in this action with prejudice.

Respectfully submitted,

By: /s/ Robert E. Morelli III
J. Russ Bryant (TN BPR #33830)
Robert E. Morelli, III (TN BPR #37004)
JACKSON, SHIELDS, YEISER, HOLT OWEN & BRYANT
262 German Oak Drive
Memphis, Tennessee 38018
Telephone: (901) 754-8001

By: /s/ Susan N. Eisenberg
Susan N. Eisenberg
Florida Bar No. 600393
Arielle S. Eisenberg
Florida Bar No. 0111467
COZEN O'CONNOR
200 South Biscayne Blvd.
Suite 3000

---

[1] Plaintiff's counsel shall file a separate motion addressing the reasonableness of their fees.

Facsimile: (901) 754-8524
rbryant@jsyc.com
rmorelli@jsyc.com


Alan Quiles (FL Bar No. 62431)
Gregg I. Shavitz (FL Bar No. 11398)
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, Florida 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
aquiles@shavitzlaw.com
gshavitz@shavitzlaw.com


**ATTORNEYS FOR PLAINTIFF**

Miami, Florida 33131
Telephone: (305) 704-5941
Facsimile: (786) 220-0207
seisenberg@cozen.com
aeisenberg@cozen.com

Andrew S. Naylor (admitted *pro hac vice*)
Frederick L. Conrad III (admitted *pro hac vice*)
Waller Lansden Dortch & Davis, LLP
Nashville City Center
511 Union Street, Suite 2700
Post Office Box 198966
Nashville, Tennessee 37219-8966
Phone: 615-244-6380
andy.naylor@wallerlaw.com
trip.conrad@wallerlaw.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 3, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                         */s/ Susan N. Eisenberg*
                                         Susan N. Eisenberg